# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 6:24-mj-207-MK |
| | ) | |
| ANDREA MORROW | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 20-22, 2024 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(A) and (B) | Influencing, impeding, or retaliating against a United States judge. |

This criminal complaint is based on these facts:

The attached affidavit of Deputy U.S. Marshal Jacob Kabrud, which is incorporated herein.

☑ Continued on the attached sheet.

/s/ Jacob Kabrud per rule 4.1
*Complainant's signature*

Jacob Kabrud, Deputy, USMS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 3:20pm a.m./p.m.

Date: September 27, 2024

*Judge's signature*

City and state: Eugene, Oregon

Mustafa T. Kasubhai
*Printed name and title*