NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**ADAM E. DELPH, WSB#50312**
Assistant United States Attorney
Adam.Delph@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:24-CR-00377-GW** |
| **v.** | **MOTION FOR BRIEFING SCHEDULE AND TRIAL DATE CONTINUANCE** |
| **ANDREA MORROW,** | |
| **Defendant.** | |

Defendant Andrea Morrow was arrested and subsequently indicted in the District of Oregon for violations of 18 U.S.C. § 115(a)(1)(A) and (B), on October 4, 2024.  Ms. Morrow received an initial appearance and arraignment on the indictment on October 15, 2024, before United States District Judge George H. Wu.  ECF 21.  At that time, it was determined that the presumed trial date would be December 24, 2024, based on speedy trial considerations.  However, the Court set the trial date for December 3, 2024, and requested that the parties file for a continuance, if a different date was requested.

Defense requested a review of the detention before the Court and filed a motion to that effect on October 17, 2024.  ECF 22.  The Government subsequently responded, and the Court

**JOINT MOTION FOR BRIEFING SCHEDULE AND TRIAL DATE CONTINUANCE**
**Page 1**

held a hearing on October 24, 2024, wherein Judge Wu decided the motion and continued the detention order, pending trial.  ECF 30.

On November 6, 2024, the government filed a motion for a competency hearing, that is currently under review by the Court.  ECF 31.   The defense is in receipt of this motion.  The parties jointly request the following briefing schedule for the motion for a competency hearing:

1. Ms. Morrow's Opposition Brief due November 20, 2024
2. Government Reply Brief due November 27, 2024
3. Hearing: December 4, 2024, or the next date available for the Court

Additionally, the parties concur that the filing of both the defense's detention motion (ECF 22) and the government's competency hearing motion (ECF 31) toll the speedy trial clock, pursuant to 18 U.S.C. § 3161(h)(1)(A) and (D).

Therefore, the parties jointly request the Court exclude the corresponding time periods for those motions (October 17 to October 24, 2024, and November 6, 2024, to December 4, 2024 (or the date of the competency motion hearing)) under the Speedy Trial Act, in the interests of justice.  The government requests the Court set a new trial date, based on these excluded time periods, in order to adequately address the issues surrounding competency and prepare for trial. The defense joins in excluding these time periods under the Speedy Trial Act and takes no position on setting a new trial date based on these exclusions.

Dated: November 7, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

s/ *Adam E. Delph*
ADAM E. DELPH
Assistant United States Attorney

**JOINT MOTION FOR BRIEFING SCHEDULE AND TRIAL DATE CONTINUANCE**
**Page 2**