**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:24-cr-00377-GW** |
| **v.** | **ORDER** |
| **ANDREA MORROW,** | |
| **Defendant.** | |

The Court, having reviewed the forensic psychological report from the Bureau of Prisons dated April 13, 2026, and the Risk Assessment Report dated April 7, 2026 conducted concurrently, as well as the responses to the reports from the Government, defense counsel, and the defendant, and having conducted an additional inquiry during the April 16, 2026 status conference in this case, the Court finds that the defendant has not been restored to competency. The defendant is presently suffering from a mental disease that renders her unable to fully understand the nature and consequences of the proceedings against her or to assist properly in her defense under 18 U.S.C. § 4241(d).

Furthermore, the Court denies any request for an additional period of restoration proceedings. The Court finds that an additional period of treatment is not appropriate as there is no assurance that the defendant will attain the requisite mental capacity to permit the proceedings to go forward within that additional period of time. 18 U.S.C. § 4241(d).

Therefore, the Court finds that the defendant is subject to the provisions of 18 U.S.C. § 4246.

Accordingly,

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §§ 4241(d), 4246(a)-(b), and 4247(b), the director and staff of the facility at which defendant is committed shall complete its

risk assessment under 18 U.S.C. § 4246(b) to determine whether defendant is presently suffering from a mental disease or defect as a result of which her release would create a substantial risk of bodily injury to another person or serious damage to the property of another.  The facility director shall file a dangerousness certificate if appropriate pursuant to 18 U.S.C. § 4246(a) by May 4, 2026.

IT IS FURTHER ORDERED that any certification under 18 U.S.C. § 4246 that is filed in the district where the defendant is confined shall also be provided to the Clerk of this Court for filing and served upon defense counsel in the above-entitled matter, the United States Attorney's Office in the District of Oregon, and the district where the defendant is confined.

IT IS FUTHER ORDERED that the Government shall file a status report by May 4, 2026 regarding the status of this case including whether it intends to dismiss the indictment in light of the Court's ruling herein and any proceedings under 18 U.S.C. § 4246.

A status conference in this case shall be set for May 7, 2026 at 10:00 a.m., accordingly.

Dated this 21st day of April 2026

 s/George H. Wu
GEORGE H. WU
United States District Judge